## Russell F. Locke, Appellant, v. Hyman Feinberg and Elmer Fisher, Appellees.

### Gen. No. 40,761.

opinion filed October 25, 1939. Albert W. Froehde, for appellant; A. S. and E. W. Froehlich, for appellees. Opinion by JUSTICE BURKE. ''Not to be published in full.''